## NORTHFIELD INSURANCE COMPANY, Plaintiff–Appellee,

### v.

## EVIAN HORIZONTAL PROPERTY REGIME; IMC Resort Services, LLC, Defendants–Appellants,

### and

## Evian Condominium Association, Incorporated; Donald Jay Pier, Defendants.

### No. 02-2249.

United States Court of Appeals, Fourth Circuit.

Submitted May 7, 2003.

Decided July 14, 2003.

Edward E. Bullard, Law Offices of Edward E. Bullard, Hilton Head, South Car-

---

**488**

olina, for Appellants. William C. Helms, III, Wendy J. Keefer, G. Troy Thames, Barnwell, Whaley, Patterson & Helms, L.L.C., Charleston, South Carolina, for Appellee.

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellants appeal the district court's orders entering declaratory judgment for the insurer and denying the insureds' motion for reconsideration. We previously granted Appellants' unopposed motion to proceed without oral argument. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Northfield Ins. Co. v. Evian Horizontal Prop. Regime*, No. CA–01–883–9–23 (D.S.C. Aug. 28 & Sept. 23, 2002).

*AFFIRMED.*